# United States District Court
Western District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (for offenses committed on or after November 1, 1987) |
| V. | **Case Number:** 12-PO-00003-SLC-01 |
| JOSÉ SOTO-SANCHEZ | **Defendant's Attorney:** Andrew D. Weininger |

The defendant, José Soto-Sanchez, pleaded guilty to Violation Notice No. 3029616.

Violation Nos. 3029617, 3029618, and 3029639 are dismissed on the motion of the United States.

**ACCORDINGLY**, the court has adjudicated defendant guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Violation No. |
|---|---|---|---|
| 18 U.S.C. § 13 and Wis. Stats. Section 346.63(1)(a) | Operating a Motor Vehicle While under the Influence of Intoxicants (4th offense), in violation of 18 U.S.C. § 13 and Wis. Stats. Section 346.63(1)(a), a Class A misdemeanor | October 2, 2011 | 3029616 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.**

| | | | |
|---|---|---|---|
| **Defendant's Date of Birth:** | January 17, 1976 | | May 14, 2012 |
| **Defendant's USM No.:** | N/A | | Date of Imposition of Judgment |
| **Defendant's Residence Address:** | 1569 County Hwy. A - Lot 19<br>Sparta, WI 54656 | | /s/ |
| **Defendant's Mailing Address:** | 1569 County Hwy. A - Lot 19<br>Sparta, WI 54656 | | Stephen L. Crocker<br>District Magistrate Judge |
| | | | May 15, 2012 |
| | | | Date Signed: |

# IMPRISONMENT

I am imposing a 30-day period of incarceration as to Violation Notice No. 3029616 which is charged in count one. No term of supervised release is to follow the custodial sentence.

The probation office is directed to send the U.S. Immigration and Customs Enforcement a copy of this judgment and is to provide the court with a copy of the transmittal letter.

Defendant is neither a flight risk nor a danger to the community. Accordingly, execution of the sentence of imprisonment is stayed until June 11, 2012, between the hours of noon and 2:00 p.m., when defendant is to report to an institution to be designated by further court order.

# RETURN

**I have executed this judgment as follows:**

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy Marshal

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Violation No. | Assessment | Fine | Restitution |
|---|---|---|---|
| 3029616 | $25.00 | $600.00 | $0.00 |
| **Total** | $25.00 | $600.00 | $0.00 |

It is also adjudged that defendant is to pay a $25 criminal assessment penalty and a fine of $600. Both financial payments are to be paid to the Central Violations Bureau, P.O. Box 740026, Atlanta, Georgia, 30374-0026.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:

        (1) assessment;
        (2) restitution;
        (3) fine principal;
        (4) cost of prosecution;
        (5) interest;
        (6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.